AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of Ohio

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ANDRE MCGOWAN | |

Case No.  1:05CR169-002
USM No.  40172-060

WILLIAM MCGINTY
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  __FAILURE TO NOTIFY__  of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | FAILURE TO NOTIFY PROBATION OFFICE OF NEW VIOLATION | 06/03/2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  __9248__

Defendant's Year of Birth:  __1975__

City and State of Defendant's Residence:
ELYRIA, OH

07/15/2009
Date of Imposition of Judgment

*Christopher A. Boyko* (signature)
Signature of Judge

Christopher A. Boyko        U.S. Judge
Name and Title of Judge

7/16/09
Date

UPON HEARING HELD, THE COURT FINDS THE DEFENDANT VIOLATED THE TERMS OF SUPERVISION BY FAILING TO REPORT A NEW LAW VIOLATION TO THE PROBATION OFFICE WITHIN 72 HOURS OF ARREST. THE COURT REINSTATES THE CONDITIONS OF SUPERVISED RELEASE AS TO THE DEFENDANT WITH CREDIT FOR TIME SERVED. THE DEFENDANT IS RELEASED FROM CUSTODY. IT IS SO ORDERED.